IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 07-cv-01180-MSK-CBS

DINGO, INC. d/b/a BARKBUSTERS HOME DOG TRAINING,

    Plaintiff,

v.

KEVIN LESSARD d/b/a GOOD DOG HOME DOG TRAINING,

    Defendant.
_____

## ORDER GRANTING PERMANENT INJUNCTION
_____

**THIS MATTER** comes before the Court on the parties' Joint Motion for Entry of Stipulated Permanent Injunction **(# 8)**.

The parties have agreed as follows:

That Plaintiff Dingo, Inc. d/b/a Barkbusters Home Dog Training ("Barkbusters") has developed a unique and proprietary system (the "Barkbusters System") of standards, concepts, identifications, methods, and procedures for the operation and promotion of a dog training, education, and support business, and for related products and services.  That the Barkbusters System includes without limitation, proprietary trademarks, trade names, symbols, logos, service marks, insignias, and designs and related marks used in connection with the Barkbusters System (the "Marks").  That the Barkbusters System also includes without limitation, confidential technical information, designs, processes, procedures, business and financial information, and strategies (the **"**Confidential Information").  That the Barkbusters System further includes, without limitation, proprietary manuals, text, artwork, designs, and other copyrighted or

copyrightable works (the "Copyrights").

The parties have agreed to resolve this action by entry of a stipulated permanent injunction against the Defendant. Pursuant to that agreement, Defendant Kevin Lessard d/b/a Good Dog Home Dog Training, and his agents, employees, affiliates, and those acting in concert with him are hereby **PERMANENTLY ENJOINED**:

1. From using the Barkbusters System, the Marks, the Confidential Information and the Copyrights;
2. From any use of any words or symbols which are colorable imitations of the Marks or the Copyrights;
3. From directly or indirectly from participating in any business offering products or services that are similar to Barkbusters' products and services for a period of two years from the date of this Order.

Further, Defendant Lessard shall promptly provide Barkbusters with all materials in his possession containing the Marks, colorable imitations of the Marks, and/or the Confidential Information.

The parties have represented that their agreement and this stipulated injunction resolves all of their claims in the instant matter, and upon entry of this Order, the Clerk of the Court shall close this case.

Dated this 9th day of October, 2007

**BY THE COURT:**

*Marcia S. Krieger*
_____

Marcia S. Krieger
United States District Judge